UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEEREN BROTHERS, INC.,

        Plaintiff,

v.

        Case No. 1:09-cv-986

LR FOOD ENTERPRISE, INC. and
RITCHIE D. SOLTYSIAK,

        HONORABLE PAUL L. MALONEY

        Defendants.
_____/

## ORDER REGARDING DEFAULT JUDGMENT

It appearing that default was entered against defendants LR Food Enterprise, Inc. and Ritchie D. Soltysiak on December 3, 2009. It further appearing that plaintiff has not applied for Judgment by Default against said defendants. Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall submit pleadings necessary to obtain a judgment against said defendants pursuant to either Fed.R.Civ.P. 55(b)(1) or 55(b)(2) by **January 5, 2010**.

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in dismissal of this case for lack of prosecution pursuant to W.D. Mich.LCivR 41.1.

Dated: December 18, 2009          /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge